JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SOHAYL VAFAI, SBN CA 319266
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4838
E-Mail: sohayl.vafai@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CRAIG, | ) |
| Plaintiff, | ) Case No.: 2:22-cv-01314-DJA |
| vs. | ) **MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** |
| KILILO KIJAKAZI, Acting Commissioner of Social Security, | ) **(*FIRST REQUEST*)** |
| Defendant. | ) |

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, by and through her undersigned attorneys, hereby moves for a 60-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are currently due to be filed by October 31, 2022. This is the Commissioner's first request for an extension of time.

Defendant submits that good cause exists for this extension request. The Office of Appellate Operations (which prepares and certifies the certified administrative record) requires additional time to prepare the CAR in this case. The undersigned apologizes for this delay. The undersigned has requested that OAO complete the CAR within 60 days of the current deadline.

Accordingly, Defendant requests an extension in which to respond to the Complaint until December 30, 2022. The undersigned attempted to confer with Plaintiff's counsel and has been unable to ascertain Plaintiff's counsel's position on this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including December 30, 2022.

Dated: October 27, 2022

JASON M. FRIERSON
United States Attorney

/s/ *Sohayl Vafai*
SOHAYL VAFAI
Special Assistant United States Attorney

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800 San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

> John B. Shook
> johnshook@shookandstone.com
> Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2022

>                /s/ *Sohayl Vafai*
> Special Assistant United States Attorney

Mot. for Ext.; No. 2:22-cv-01314-DJA

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SOHAYL VAFAI, SBN CA 319266
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4838
E-Mail: sohayl.vafai@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CRAIG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant. | Case No.: 2:22-cv-01314-DJA<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME |

1  Based upon Defendant's Motion for Extension of Time, and for good cause shown, **IT IS
2  ORDERED** that Defendant file the Certified Administrative Record and answer to Plaintiff's Complaint
3  by no later than December 30, 2022.

IT IS SO ORDERED:

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 28, 2022

[Proposed] Order; No. 2:22-cv-01314-DJA